THE STATE EX REL. GRUMMAN OHIO CORPORATION, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Grumman Ohio Corp. v.
Indus. Comm.* (1998), 83 Ohio St.3d 358.]

(No. 96–1471—Submitted August 19, 1998—Decided October 14, 1998.)

*Porter, Wright, Morris & Arthur, Darrell R. Shepard* and *Christopher C. Russell,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellee Industrial Commission.

*Word, Kaps, Bainbridge, Maurer & Melvin* and *William J. Melvin,* for appellee Minia Baughman.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.